**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LOIS WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-11372 |
| v. | ) | |
| | ) | Honorable Sunil R. Harjani |
| DHM BOLINGBROOK LLC., an Illinois | ) | |
| limited liability company | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, LOIS WHITE, and Defendant, DHM BOLINGBROOK LLC., hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 10, 2025                                    Respectfully submitted,

LOIS WHITE                                             DHM BOLINGBROOK LLC INC.

By: */s/ Angela C. Spears*                          By: */s/* Iman Eikram
Angela C. Spears                                       Iman Eikram
CASS LAW GROUP, P.C.                            O'HAGAN MEYER
20015 S. LaGrange Rd #1098                       1 E. Wacker Dr., Suite 3400
Frankfort, IL 60423                                    Chicago, IL 60601
T: (872) 329-4844                                      (312) 422-6100
E: aspears@casslawgroup.com                      ieikram@ohaganmeyer.com

*Counsel for Plaintiff*                                 *Counsel for Defendant*

1